# United States Court of Appeals
## For the First Circuit

No. 18-1154

OMAR E. RODRIGUEZ-RIVERA,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Howard, Chief Judge,
Kayatta and Barron, Circuit Judges.

**JUDGMENT**

Entered: April 11, 2018

Petitioner's application for leave to file a second or successive petition under 28 U.S.C. § 2255 is denied. Petitioner has failed to make a prima facie showing that his application satisfies the gatekeeping requirements under 28 U.S.C. § 2255(h).

The application for leave to file is denied.[1]

By the Court:

/s/ Margaret Carter, Clerk

cc:
Omar E. Rodriguez-Rivera
Mariana E. Bauza Almonte

---

[1] "Th[is] . . . denial of an authorization . . . to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." See 28 U.S.C. § 2244(b)(3)(E); Lykus v. Corsini, 565 F.3d 1 (1st Cir. 2009).