2/7/22

Your Honor. Carmen Consuelo. C

My Name is Omar Rodriguez Rivera, Reg# 24195-069. The reason I'm Sending to you this Letter is I need some legal papers. I'm in a SHU in a FCI Hazelton. During I'm here when the Staff member pack my property he lost some of my property, including My Legal papers. I need my Judgement, my Docket, and My indictement. Please when you have a chance let me get the Copies. Thank you.

Att. Rodriguez Omar E

2022 FEB 15 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR